IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CV-488-BO

REGINALD ROGERS, SR., )
)
      Plaintiff, )
)
v. )
)
SHEILA GOSS and UNITED STATES ) **ORDER**
POSTMASTER OF BRUNSWICK, )
NORTH CAROLINA, )
)
      Defendants. )
_____ )

This matter is before the Court on plaintiff's objections to the Magistrate Judge's Memorandum and Recommendation. After careful consideration of plaintiff's objections, this Court ADOPTS the Magistrate Judge's Memorandum and Recommendation. This Court finds that plaintiff has not alleged viable claims under 42 U.S.C. § 1983 for violation of some constitutional right, or for negligent handling of the mail under the Federal Tort Claims Act, 28 U.S.C. § 2671 *et seq*. Plaintiff has failed to show he has exhausted his administrative remedies and therefore any claim by him based on contract also fails. This Court finds no other potential claims plaintiff could have alleged after a liberal reading of the complaint. Accordingly, this action is DISMISSED.

SO ORDERED, this __27__ day of October, 2013.

                                                        TERRENCE W. BOYLE
                                                        UNITED STATES DISTRICT JUDGE